**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

February 17, 2022

**LOPEZ V. SEA MAR COMMUNITY HEALTH CENTERS**
Case # 2:22−cv−00185−SKV

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Notice of Removal – Jury Demand Improperly Submitted**
> A Jury Demand indicated only on a Notice of Removal, Civil Cover Sheet, or State Court Complaint, or if selected upon case opening, does not constitute a proper request in this Court, pursuant to <u>Local Civil Rule 101(b)(3)</u>. The Defendant or Plaintiff must file a separate Jury Demand to properly notify the Court of their request. Please file by going to **Other Documents** and selecting **Jury Demand**. The Jury Demand flag entered by the filer has been removed from the docket.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file