UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA LOPEZ,<br><br>                              Plaintiff(s),<br><br>     v.<br><br>SEA MAR COMMUNITY HEALTH CENTERS,<br><br>                              Defendant(s). | CASE NO. 2:22−cv−00185−MJP<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Marsha J. Pechman, United States District Judge. All future documents filed in this case must bear the cause number 2:22−cv−00185−MJP and bear the Judge's name in the upper right hand corner of the document.

DATED February 18, 2022

                                          Ravi Subramanian
                                          Clerk of Court

                                          By: /s/ Stefanie Prather
                                                Deputy Clerk