# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| SANDRA LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEA MAR COMMUNITY HEALTH CENTERS,<br><br>Defendant. | Case No. 2:22-cv-00185-RSL-TLF<br><br>**ORDER GRANTING STIPULATED MOTION TO REMAND** |

The Court, having reviewed the Stipulated Motion to Remand Action, hereby orders that the above-captioned Action be remanded to King County Superior Court.

Dated this 2nd day of June, 2022.

*[signature: Robert S. Lasnik]*
Robert S. Lasnik
United States District Judge